UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIGI FAIRCHILD-LITTLEFIELD,<br><br>          Plaintiff,<br><br>     vs.<br><br>R. AMEZCUA, et al.,<br><br>          Defendants. | 1:20-cv-00799-GSA-PC<br><br>ORDER DENYING MOTION FOR CLERK TO MAIL NEW CASE DOCUMENTS TO PLAINTIFF BY U.S. MAIL, WITHOUT PREJUDICE<br>(ECF No. 3.) |

   Gigi Fairchild-Littlefield ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  On June 9, 2020, Plaintiff filed the Complaint commencing this action.  (ECF No. 1.)  On June 10, 2020, the court electronically served new case documents to the Central California Women's Facility (CCWF), where Plaintiff is incarcerated, for delivery to Plaintiff.  (ECF No. 3.)

   On June 18, 2020, Plaintiff filed a motion for the Clerk to send her the new case documents for her case by U. S. Mail.  (ECF No. 8.)  Plaintiff claims that the documents were not delivered to her at CCWF as of June 15, 2020, despite her request to prison staff on form 22.  (ECF No. 3 at 2.)

Plaintiff is advised to make another request for the documents on form 22. Plaintiff waited only five days, which includes a weekend, for staff to deliver documents to her. If Plaintiff's second request is not successful she may file another motion with the court.

IT IS SO ORDERED.

    Dated:   **June 27, 2020**                              **/s/ Gary S. Austin**
                                                                      UNITED STATES MAGISTRATE JUDGE