UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIGI FAIRCHILD-LITTLEFIELD,<br><br>   Plaintiff,<br><br>   vs.<br><br>R. AMEZCUA, et al.,<br><br>   Defendants. | 1:20-cv-00799-GSA-PC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION**<br>**(ECF No. 12.)**<br><br>**ORDER FOR CLERK TO MAIL NEW CASE DOCUMENTS TO PLAINTIFF BY UNITED STATES MAIL**<br>**(ECF No. 3.)** |

Gigi Fairchild-Littlefield ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  On June 9, 2020, Plaintiff filed the Complaint commencing this action.  (ECF No. 1.)  On June 10, 2020, the court electronically served new case documents to the Central California Women's Facility (CCWF), where Plaintiff is incarcerated, for delivery to Plaintiff.  (ECF No. 3.)

On July 14, 2020, Plaintiff filed a motion for the Clerk to send her the new case documents by United States Mail.  (ECF No. 12.)  Plaintiff claims that as of July 2, 2020, the documents had not been delivered to her at CCWF. (Id.)  She provides evidence that on June 26, 2020, she made request on form 22 at CCWF to be given the documents and was told that "[t]he court has not emailed anything."  (Id. at 2.)

The court finds good cause to grant Plaintiff's motion for the court to send her new case documents to her by United States Mail.

Accordingly, **IT IS HEREBY ORDERED** that:

1.      Plaintiff's motion, filed on July 14, 2020, is GRANTED; and

2.      The Clerk is DIRECTED to send Plaintiff's new case documents (ECF No. 3) to her by United States Mail at her address of record.

IT IS SO ORDERED.

Dated:   __July 16, 2020__            _____ **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE

2