UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIGI FAIRCHILD-LITTLEFIELD,<br><br>  Plaintiff,<br><br> vs.<br><br> R. AMEZCUA, et al.,<br><br>  Defendants. | 1:20-cv-00799-NONE-GSA-PC<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR EVIDENCE AS PREMATURE**<br>**(ECF No. 11.)** |

Gigi Fairchild-Littlefield ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  On June 9, 2020, Plaintiff filed the Complaint commencing this action.  (ECF No. 1.)  The Complaint awaits the court's screening under 28 U.S.C. § 1915.

On July 14, 2020, Plaintiff filed a request for the court to order the Central California Women's Facility to provide her with audio/video evidence.  (ECF No. 11.)

Plaintiff's request is premature as discovery has not yet been opened in this case.  Plaintiff is advised that the court will issue a scheduling order opening discovery after the Complaint has been served and one or more of the defendants has filed an Answer to the Complaint.  At this stage of the proceedings Plaintiff's Complaint awaits the court's requisite screening process. Service of process shall not be initiated until the court has screened the Complaint and finds that Plaintiff states a cognizable claim(s).  Therefore, it is not time for discovery in this action and

Plaintiff's request to obtain discovery at this stage of the proceedings shall be denied.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's request for evidence, filed on July 14, 2020, is DENIED as premature.

IT IS SO ORDERED.

    Dated:   **September 17, 2020**          **/s/ Gary S. Austin**
                                               UNITED STATES MAGISTRATE JUDGE