UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIGI FAIRCHILD-LITTLEFIELD,<br><br>        Plaintiff,<br><br>  vs.<br><br>R. AMEZCUA, et al.,<br><br>        Defendants. | 1:20-cv-00799-JLT-GSA-PC<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING (ECF No. 37.)**<br><br>**DEADLINE: <u>SEPTEMBER 22, 2022</u>** |

      Gigi Fairchild-Littlefield ("Plaintiff") is a prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. This case now proceeds against defendant Sergeant R. Amezcua ("Defendant") for subjecting Plaintiff to adverse conditions of confinement in violation of the Eighth Amendment.[1]

      On June 21, 2022, Defendant filed a motion for extension of time until September 22, 2022, in which to file a pleading responsive to the First Amended Complaint. (ECF No. 37.)

      The Court finds good cause to grant Defendant an extension of time. Accordingly, IT IS HEREBY ORDERED that Plaintiff is granted an extension of time **until September 22, 2022**, in which to file a responsive pleading.

IT IS SO ORDERED.

    Dated:  **June 24, 2022**              **/s/ Gary S. Austin**
                                                      UNITED STATES MAGISTRATE JUDGE

---

[1] On March 16, 2022, the Court issued an order dismissing all other claims and defendants from this case. (ECF No. 31.)

1