UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIGI FAIRCHILD-LITTLEFIELD,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>R. AMEZCUA, et al.,<br><br>　　　　Defendants. | 1:20-cv-00799-JLT-GSA-PC<br><br>**ORDER REQUIRING DEFENDANT TO NOTIFY COURT WHETHER A SETTLEMENT CONFERENCE WOULD BE BENEFICIAL**<br><br>**THIRTY-DAY DEADLINE** |

**I.　BACKGROUND**

　　On November 10, 2022, Plaintiff filed a request for the court to schedule a settlement conference for this case. (ECF No. 43 at 4:9-13.)

**II.　SETTLEMENT CONFERENCES**

　　The Court is able to refer cases for mediation before a participating United States Magistrate Judge. Settlement conferences are ordinarily held in person at the Court or at a prison in the Eastern District of California. Defendant shall notify the Court whether Defendant believes, in good faith, that settlement in this case is a possibility and whether Defendant is interested in having a settlement conference scheduled by the Court.[1]

---

[1] The parties may wish to discuss the issue by telephone in determining whether they believe settlement is feasible.

1

Defendant's counsel shall also notify the Court whether there are security concerns. If security concerns exist, counsel shall notify the Court whether those concerns can be adequately addressed, especially if Plaintiff is transferred for settlement only and then returned to prison thereafter for housing.

**II.     CONCLUSION**

Based on the foregoing, IT IS HEREBY ORDERED that within **thirty (30) days** from the date of service of this order, Defendant shall file a written response to this order.[2]

IT IS SO ORDERED.

    Dated:   **November 17, 2022**                    **/s/ Gary S. Austin**
                                                         UNITED STATES MAGISTRATE JUDGE

---

[2] The issuance of this order does not guarantee referral for settlement, but the Court will make every reasonable attempt to secure the referral should both parties desire a settlement conference.