1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                  EASTERN DISTRICT OF CALIFORNIA
10
11   GIGI FAIRCHILD-LITTLEFIELD,          **1:20-cv-00799-JLT-GSA-PC**
12              Plaintiff,                **ORDER DIRECTING CLERK TO SEND A**
                                          **COPY OF DEFENDANT'S MOTION TO**
13        vs.                             **DISMISS TO PLAINTIFF**
14   R. AMEZCUA, et al.,                  **(ECF No. 39.)**
15              Defendants.               **ORDER PERMITTING PLAINTIFF**
                                          **OPPORTUNITY TO WITHDRAW**
16                                        **OPPOSITION AND FILE AMENDED**
                                          **OPPOSITION**
17
18                                            **THIRTY-DAY DEADLINE**

19        On September 22, 2022, defendant Amezcua ("Defendant") filed a motion to dismiss this

20   case.  (ECF No. 39.)  On November 10, 2022, Plaintiff filed an opposition to the motion.  (ECF

21   No. 43.)

22        In the opposition, Plaintiff states that she never received a copy of Defendant's motion to

23   dismiss and therefore does not know on what grounds the motion to dismiss is based.  (Id. at

24   3:20-26.)  The Court shall re-serve a copy of the pending motion to dismiss upon Plaintiff.

25        Also, the Court finds good cause at this juncture to open a thirty-day time period for

26   Plaintiff to file a further opposition to Defendant's pending motion to dismiss, if she so wishes.

27   The Court will not consider multiple oppositions, however, and Plaintiff has two options upon

28   receipt of this order:  Plaintiff may either (1) stand on her previously-filed opposition; or (2)

                                              1

withdraw it and file an Amended Opposition. The Amended Opposition, if any, must be complete in itself and must not refer back to any of the opposition documents Plaintiff filed on November 10, 2022. L.R. 220.[1]

Accordingly, it is HEREBY ORDERED that:

1.  The Clerk's Office is directed to re-serve a copy of Defendant's motion to dismiss (ECF No. 39), filed on September 22, 2022, upon Plaintiff;

2.  Plaintiff may, within **thirty (30) days** from the date of service of this order, withdraw her opposition and file an Amended Opposition to Defendant's motion to dismiss;

3.  If Plaintiff does not file an Amended Opposition in response to this order, her existing opposition, filed on November 10, 2022, will be considered in resolving Defendant's motion to dismiss; and

4.  If Plaintiff elects to file an Amended Opposition, Defendant may file a reply pursuant to Local Rule 230(*l*).

IT IS SO ORDERED.

Dated:   **November 17, 2022**                    **/s/ Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE

---

[1] Local Rule 220 provides, in part: "Unless prior approval to the contrary is obtained from the Court, every pleading to which an amendment or supplement is permitted as a matter of right or has been allowed by court order shall be retyped and filed so that it is complete in itself without reference to the prior or superseded pleading. No pleading shall be deemed amended or supplemented until this Rule has been complied with. All changed pleadings shall contain copies of all exhibits referred to in the changed pleading."