**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GIGI FAIRCHILD-LITTLEFIELD,<br><br>        Plaintiff,<br><br>    v.<br><br>R. AMEZCUA, et al.,<br><br>        Defendants. | Case No.: 1:20-cv-00799-JLT-GSA (PC)<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |

On March 9, 2023, a settlement conference was held and the parties reached a settlement agreement.

Accordingly, it is HEREBY ORDERED that:

1. All pending deadlines are VACATED; and
2. The parties shall file dispositional documents within thirty (30) days from the date of service of this order.

IT IS SO ORDERED.

Dated: __March 9, 2023__   _____
                                                        UNITED STATES MAGISTRATE JUDGE