UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIGI FAIRCHILD-LITTLEFIELD,<br><br>    Plaintiff,<br><br>    vs.<br><br>R. AMEZCUA, et al.,<br><br>    Defendants. | **1:20-cv-00799-JLT-GSA-PC**<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR ENFORCEMENT OF SETTLEMENT, WITHOUT PREJUDICE**<br><br>**(ECF No. 65.)** |

Gigi Fairchild-Littlefield ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983.  On March 17, 2023, this action was voluntarily dismissed with prejudice by stipulation of the parties following a settlement conference.  (ECF No. 63, 64.)

On March 22, 2023, Plaintiff filed a motion to enforce the settlement terms agreed upon at the March 9, 2023 settlement conference.  (ECF No. 65.)  On March 22, 2023, Defendant Amezcua responded to the motion, acknowledging that the parties have settled this matter and reporting that the California Department of Corrections and Rehabilitation is processing the settlement per its usual procedures.  (ECF No. 66.)  Plaintiff did not file a reply.

Here, Plaintiff fails to demonstrate any basis for this court to enforce or reconsider the settlement. Therefore, Plaintiff's motion to enforce the settlement shall be denied, without prejudice, to renewing the motion at a later stage of the proceedings.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to enforce the settlement, filed on March 22, 2023, is denied without prejudice.

IT IS SO ORDERED.

Dated:   **May 25, 2023**                            **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE